# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-9106 FMO (MBKx)** <br> **CV 26-6433 FMO (MBKx)** | Date | **July 10, 2026** |
|---|---|---|---|
| Title | **Terrell Knoles v. Matheson Tri-Gas, Inc. & Eddy V. Fernandez v. Matheson Tri-Gas, Inc.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order to Show Cause Re: Consolidation of Actions**

On June 25, 2025, plaintiff in the above-captioned action, Terrell Knoles v. Matheson Tri-Gas, Inc. , 25-9106 (C.D. Cal.) ("Knoles"), filed his Class Action Complaint (Dkt. 1-2, "Knoles Complaint"). The Knoles Complaint alleges wage and hour claims on behalf of a putative class of "[a]ll California citizens who worked for any Defendant in California as an hourly, non-exempt employee at any time during the period beginning four years before the filing of the initial complaint in this action and ending when notice to the Class is sent." (Id. at ¶ 23).

On December 23, 2025, plaintiff in Eddy V. Fernandez v. Matheson Tri-Gas, Inc., 26-6433 (C.D. Cal.) ("Fernandez"), filed his Class Action Complaint (Dkt. 1, "Fernandez Complaint"). The Fernandez Complaint alleges wage and hour claims on behalf of a putative class of "current, former, and/or future employees of Defendant[] as direct employees as well as temporary employees employed through temp agencies who work as hourly non-exempt employees." (Id. at ¶ 3).

On the court's own motion, IT IS ORDERED THAT by no later than **July 17, 2026**, the parties shall file either a stipulation or response, not to exceed five pages, to show cause why the Knoles and Fernandez actions should not be consolidated. See Fed. R. Civ. P. 42(a)(2) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]"). Failure to file a response by the deadline set forth above shall be deemed as consent to the consolidation of the above-referenced actions.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |